UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>v.<br><br>CHRISTOPHER CONK,<br><br>                Defendants. | Case No. 1:11-cr-00279-BLW<br><br>**ORDER** |

Pending before the Court is defendant Christopher Conk's Motion to Quash Warrant and Set for Voluntary Appearance (Dkt. 25).

In March 2012, this Court sentenced Conk to two years' probation for Lacey Act and Endangered Species Act violations. While on probation, defendant was convicted of driving under the influence. He also pleaded guilty to conspiring to illegally purchase and sell fish/wildlife while on probation. He was sentenced to four months' custody and two years' supervised release for this latter crime. He is serving this sentence in Miami, Florida, and expects to be released on March 30, 2014.

In January 2014, this Court issued an arrest warrant based on Mr. Conk's alleged violations of the terms and conditions of his probation. Given this warrant, defendant says that once he is released in Florida, he will be turned over to the U.S. Marshal's Office in Florida, and then be transported back to Idaho. Defendant asks the Court to quash the arrest warrant and allow him to arrange his own transportation back to Idaho, where he would then voluntarily appear.

The Court will deny this motion. Among other things, the Court disagrees with defendant's assertion that he poses no danger to the community. In addition to his other convictions, defendant admits to having "committed the crime of Driving under the Influence." Dkt. 25, at 1.

Accordingly, **IT IS ORDERED that:**

(1) Defendant's Motion to Quash Warrant and Set Aside For Voluntary Appearance (Dkt. 25) is **DENIED.**

DATED: March 11, 2014

B. Lynn Winmill
Chief Judge
United States District Court